# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# JASPER DIVISION

| | |
|---|---|
| JERRY LEE NELSON, } | |
| } | |
| Plaintiff, } | |
| } | |
| v. } | Case No.: 6:19-cv-00772-RDP-SGC |
| } | |
| WINSTON COUNTY JAIL, } | |
| } | |
| Defendant. } | |

## MEMORANDUM OPINION

On July 2, 2019, the Magistrate Judge's Report and Recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the Magistrate Judge. No objections were filed.

After careful consideration of the record in this case and the Magistrate Judge's Report and Recommendation, the court hereby **ADOPTS** the Report of the Magistrate Judge. The court further **ACCEPTS** the recommendations of the Magistrate Judge that this action be dismissed without prejudice for failure to prosecute.

A separate order in accordance with the Memorandum Opinion will be entered.

**DONE** and **ORDERED** this July 18, 2019.

**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE